# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

158754

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PINNACLE GREENBRIAR, LLC, PINNACLE
NOVI, LLC, PINNACLE ORION, LLC,
PINNACLE ROCHESTER, LLC, PINNACLE
RED RUN DEVELOPMENT, LLC, PINNACLE
BOGIE LAKE, LLC, PINNACLE BIRKDALE
POINT, LLC, PINNACLE KIRKWAY, LLC, and
BIRKDALE POINT INVESTORS, LLC,
          Petitioners-Appellants,

v

DEPARTMENT OF TREASURY,
          Respondent-Appellee.

SC: 158754
COA: 340646
Tax Tribunal: 15-006908-TT

_____/

On order of the Court, the application for leave to appeal the October 16, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk

p0926